FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERAMIAH PARK,<br><br>            Plaintiff,<br><br>    v.<br><br>JOE ELLA PHILLIPS &<br>FRANK SMITH,<br><br>            Defendants. | No.    4:18-CV-05114-EFS<br><br>**ORDER DISMISSING CASE** |

On December 11, 2018, the parties filed a Stipulation of Dismissal with Prejudice between Plaintiff Jeramiah Park and Defendants Joe Ella Phillips and Frank John Smith, ECF No. 51. Defendants, appearing through their attorneys, Robert W. Furgeson, Attorney General, and Marko L. Pavela, Assistant Attorney General, agree that the State shall pay Plaintiff $1,000 as settlement of this case, which includes costs, any attorney's fees, and damages. *Id.* The parties agree that dismissal with prejudice is appropriate. *Id.* As such, consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulation of Dismissal with Prejudice, **ECF No. 51**, is **GRANTED.**

ORDER DISMISSING CASE - 1

**2.** All claims against defendants Joe Ella Phillips and Frank Smith are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Plaintiff.

**DATED** this  17th  day of December 2018.

                                        s/Edward F. Shea
                                        EDWARD F. SHEA
                              Senior United States District Judge

Q:\EFS\Civil\2018\18-cv-5114. Park. Order Stipulated Dismissal.Lc02.docx

ORDER DISMISSING CASE - 2